

NEW YORK     CALIFORNIA     DELAWARE     PENNSYLVANIA

March 20, 2017

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Gregory M. Sleet
Chambers
J. Caleb Boggs Federal Building
U.S. District Court
For the District of Delaware
844 N. King Street, Unit 19
Wilmington, DE 19801

       Re:    *Robert Sellers v. Lattice Semiconductor Corp., et al.,*
                C.A. No. 1:17-cv-00081-GMS

Dear Judge Sleet:

     We represent plaintiff Robert Sellers in the above-referenced matter. Enclosed please find courtesy copies of the following documents, which were electronically filed with the Court March 7, 2017:

1. Stipulation and [Proposed] Order Concerning Plaintiff's Voluntary Dismissal of the Above Action and Plaintiff's Counsel's Anticipated Application For An Award of Attorneys' fees and Expenses; and

2. Certificate of Service.

Counsel for the parties are available should the Court have any questions.

                           Respectfully submitted,

                           /s/ *James R. Banko*
                           James R. Banko (Del. Bar No. 4518)

Enclosures

cc:   Jenness E. Parker (*via email*: jenness.parker@skadden.com)