## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

ROBERT SELLERS, Individually And On
Behalf Of All Others Similarly Situated,

    Plaintiff,

v.

LATTICE SEMICONDUCTOR
CORPORATION, DARIN G. BILLERBECK,
JOHN E. BOURGOIN, ROBIN A. ABRAMS,
ROBERT R. HERB, BRIAN M. BEATTIE,
MARK E. JENSEN, DAVID J. RICHARDSON,
and FREDERICK D. WEBER,

    Defendants.

**Case No. 1:17-cv-00081-GMS**

**CLASS ACTION**

## NOTICE CONCERNING RESOLUTION OF PLAINTIFF'S FEE AND EXPENSE APPLICATION AND CLOSING OF THE ABOVE-CAPTIONED ACTION

WHEREAS, on March 7, 2017, Plaintiffs filed a Stipulation and [Proposed] Order of Voluntary Dismissal relating to the above-captioned action and reserving the right to submit an application for an award of attorneys' fees and expenses if the claim for fees and expenses could not be resolved through negotiations between Plaintiffs and Defendants (the "Fee and Expense Application");

WHEREAS, on March 22, 2017, the Court entered an Order dismissing the complaint in the above-captioned action and retaining jurisdiction solely for consideration of any application for an award of attorneys' fees and expenses, and the case file was administratively closed;

WHEREAS, Plaintiffs and Defendants have reached an agreement with respect to the Fee and Expense Application; and

WHEREAS, Plaintiffs will not be submitting a Fee and Expense Application to the Court;

THE PARTIES HEREBY SUBMIT NOTICE that the above captioned action should

remain irrevocably closed by the Court for all purposes.

Dated:  January 23, 2018                    Respectfully submitted,

                                 By:       */s/ Michael Van Gorder*
                                           Michael Van Gorder (#6214)
                                           **FARUQI & FARUQI, LLP**
                                           20 Montchanin Road, Suite 145
                                           Wilmington, Delaware 19807
                                           Telephone: (302) 482-3182
                                           Email: mvangorder@faruqilaw.com

                                           *Attorney for Plaintiff*

                      **OF COUNSEL:**

                                 **FARUQI & FARUQI, LLP**
                                 James Wilson, Jr.
                                 685 Third Avenue, 26th Fl.
                                 New York, NY 10017
                                 Tel.: (212) 983-9330
                                 Fax: (212) 983-9331

                                 **MONTEVERDE & ASSOCIATES PC**
                                 Juan E. Monteverde
                                 The Empire State Building
                                 350 Fifth Avenue, 59th Fl.
                                 New York, NY 10118
                                 Tel: (212) 971-1341
                                 Fax: (212) 601-2610

                                 *Attorneys for Plaintiff*

                                 By:       */s/ Jenness E. Parker*
                                           Jenness E. Parker (#4659)
                                           **SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM, LLP**
                                           One Rodney Square
                                           920 N. King Street
                                           Wilmington, DE 19801
                                           Tel: (302) 651-3000

Email: jenness.parker@skadden.com

*Attorney for Defendants*

**OF COUNSEL:**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
Amy S. Park
525 University Avenue
Palo Alto, CA 94301
Tel: (650) 470-4511
Email: amy.park@skadden.com

*Attorney for Defendants*